IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JEFFREY SYNAN<br>            Plaintiff<br><br>vs.<br><br>CREDIT ACCEPTANCE CORPORATION<br>and UNITED TOWING SERVICE, LLC<br>            Defendants | CIVIL ACTION<br><br><br><br>NO. 18-cv-1519(MJH) |

**PLAINTIFF'S MOTION FOR RECONSIDERATION OF ORDER DISMISSING COUNTS IV AND V OF PLAINTIFF'S AMENDED COMPLAINT**

Plaintiff Jeffrey Synan moves this Court to reconsider its December 19, 2018 Order dismissing Counts IV and V of Plaintiff's Amended Complaint. Plaintiff respectfully requests that the Court reinstate those claims—which all parties agreed fell within the scope of the arbitration agreement—because Plaintiff properly moved to stay the litigation pending the arbitration decision. (ECF 12 at p. 2, citing *Lloyd v. HOVENSA, LLC.*, 369 F.3d 263, 269 (3d Cir. 2004) (district court lacks discretion to deny any party's request for a stay pending arbitration)). In support, Plaintiff incorporates the accompanying Memorandum.

DATED:  December 21, 2018

*/s/ Jody Thomas López-Jacobs*
JODY THOMAS LÓPEZ-JACOBS
Attorney for Plaintiffs

**FLITTER MILZ, P.C.**
450 N Narberth Ave
Suite 101
Narberth, PA 19072
(Phone) 610-668-0011
(Fax) 610-667-0552
(Email) jlopez-jacobs@consumerslaw.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on this day, I electronically filed the foregoing document with the Clerk of Court using the ECF system, which will send notification to all counsel of record.

Date:  12/21/18                                              */s/ Jody T. López-Jacobs*
                                                                     JODY T. LÓPEZ-JACOBS