IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JEFFREY SYNAN<br>　　　　　　Plaintiff<br><br>vs.<br><br>CREDIT ACCEPTANCE CORPORATION<br>and UNITED TOWING SERVICE, LLC<br>　　　　　　Defendants | CIVIL ACTION<br><br><br><br>NO. 18-cv-1519(MJH) |

## **ORDER**

AND NOW, this ____ day of _____, _____, upon considering Plaintiff's Motion for Reconsideration of Order Dismissing Counts IV and V of Plaintiff's Amended Complaint (ECF    ) and Defendants' response(s) (ECF          ), and finding that Counts IV and V of Plaintiff's Amended Complaint were improvidently dismissed, it is ORDERED that Plaintiff's Motion (ECF    ) is GRANTED.

_____
Marilyn J. Horan
United States District Judge